172 F.3d 859
 Marshall A. Bell, Nancy E. Bell
v.
Board of Land Use Appeals, Government of Virgin Islands,
Department of Planning & Natural Resources, Roy Adams,
Commissioner of Department of Planning & Natural Resources;
H & M Systems, Inc., Patricia J. Longley v. Virgin Islands
Employment Agency; Jacquel Dawson v. Government Employees
Service Commission, Department of Economic Development and Agriculture
 NOS. 96-7780, 97-7019, 97-7024
 United States Court of Appeals,
Third Circuit.
 November 17, 1998
 
 1
 Appeal From: D.V.I.
 
 
 2
 Affirmed.